UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DENZEL SAMONTA RIVERS,

    Plaintiff,

v.    Case No. 17-cv-1496-pp

DOYAL JOHNSON, *et al.*,

    Defendants.

# DECISION AND ORDER DENYING AS MOOT THE PLAINTIFF'S MOTION TO WITHDRAW MOTION TO COMPEL PRODUCTION OF DOCUMENTS (DKT. NO. 41)

On June 25, 2018, the plaintiff filed a motion asking the court to compel the defendants to produce certain documents. Dkt. No. 38. On July 6, 2081, the court issued an order ruling on several of the plaintiff's motions; it denied this particular motion to compel. Dkt. No. 40. On July 10, 2018, the court received from the plaintiff a motion to withdraw motion to compel. Dkt. No. 41. Because the court already has denied the motion, it will deny the motion to *withdraw* the motion as moot.

The court **DENIES** as moot the plaintiff's motion to withdraw motion to compel production of documents. Dkt. No. 41.

Dated in Milwaukee, Wisconsin this 11th day of July, 2018.

    **BY THE COURT:**

    _____
    **HON. PAMELA PEPPER**
    **United States District Judge**